UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE PC DOE,

           Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS (FBOP), et al.,

           Defendants.

Case No.  25-cv-10900-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin*, 22-cv-5137-YGR.

      **IT IS SO ORDERED.**

Dated: January 5, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California